# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0395.  JAMES EDMONDS v. NYLA EDMONDS.**

James Edmonds filed this discretionary application seeking leave to appeal the trial court's orders entered on April 18, 2012, granting a final judgment and decree of divorce.  The Georgia Supreme Court has jurisdiction over all divorce and alimony cases.  See Ga. Const. 1983, Art VI, Sec. VI, Par. III (6).  Accordingly, this application is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/11/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*